ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ArmorWorks, Inc. | ) ASBCA Nos. 62335, 62336 |
| | ) |
| Under Contract No. FA8650-14-C-2430 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. William J. Perciballi
  President

APPEARANCES FOR THE GOVERNMENT:  Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
  Evan Georgopoulos, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Hanscom Air Force Base, MA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 21, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62335, 62336, Appeals of ArmorWorks, Inc., rendered in conformance with the Board's Charter.

Dated:  July 21, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals